OPINION — AG — ** CORN ON THE COB — RECORDS — LOADS ** QUESTION: DOES THE PURCHASE OF CORN ON THE COB COME WITHIN THE PROVISION OF THIS ACT, PARTICULARLY WHEN THE CORN IS PURCHASED FROM THE FARMER WHO RAISES IT, AND, IF SO, SHALL THE PURCHASER OF SAID CORN ON THE COB MAINTAIN, ON EACH INDIVIDUAL LOAD OF GRAIN DURING ANY PARTICULAR DAY, AN ACCURATE RECORD OF SAME AS PROVIDED IN SAID BILL ? — SUCH RECORD IS NOT REQUIRED. CITE: 2 O.S. 951 [2-951] (J. H. JOHNSON)